### 14876.   RAY *v.* THE STATE.

BROYLES, C. J.  The verdict was amply authorized by the evidence; and, while some errors were committed upon the trial, none of them, under the particular facts of the case, requires a new trial.  The overruling of the certiorari was not error.
*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 13, 1923.  REHEARING DENIED DECEMBER 5, 1923.

Certiorari; from Fulton superior court—Judge Humphries. June 5, 1923.

Application for certiorari was denied by the Supreme Court.

*Paul L. Lindsay,* for plaintiff in error.

*Roy Dorsey, solicitor, John A. Boykin, solicitor-general, E. A. Stephens,* contra.